Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | DOCKET NO. (Transferring Court) |
|---|---|
| | 0864-0:02CR00262-001(RHK) |
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Refujio Kooky Muniz Jr | MINNESOTA | |

RECEIVED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Richard H. Kyle |

| TYPE OF SUPERVISION | FROM | TO |
|---|---|---|
| Supervised Release | 10/24/2008 | 10/23/2011 |

**OFFENSE**

Firearms, Unlawful Possession

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_8/12/08_
Date

_Richard H. Kyle_
Richard H. Kyle, Senior United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

_8/19/08_
Effective Date

_James F. Holderman_
United States District Judge

08CR 666
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

FILED
8-19-08
AUG 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
|---|---|---|---|
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

August 13, 2008

Mr. Michael W. Dobbins, Clerk
U.S. District Court
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604



Re: Refujio Kooky Muniz Jr.
    Our Case Number: CR 02-262(1) RHK
    Your Case Number: Unknown

Dear Clerk:

### Initial Transfer Out

[X] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

[ ] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

[ ] Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

[ ] Enclosed please find certified copies of all documents filed in our court.

### Rule 20

[ ] Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Brenda J. Schaffer, Deputy Clerk

cc: Michelle E. Jones, Assistant U. S. Attorney
    Andrea K. George, Assistant Federal Defender
    Michael F. Alberts, Probation Officer (Mpls)(All except Rule 5)

File CR 02-262(1) RHK