Case 0:02-cr-00262-RHK-RLE   Document 34   Filed 08/27/2008   Page 1 of 1

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:02CR00262-001(RHK)

DOCKET NO. (Receiving Court)
08 CR 666

**NAME AND LOCATION OF**
Refujio Kooky Muniz Jr
St Cloud, MN 56303

**DISTRICT**
MINNESOTA

**DIVISION**

**NAME OF SENTENCING JUDGE**
Honorable Richard H. Kyle

**TYPE OF SUPERVISION**
SUPERVISED RELEASE

**FROM** 10/24/2008

**TO** 10/23/2011

RECEIVED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**OFFENSE**
Firearms, Unlawful Possession

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

8/12/08
Date

Richard H. Kyle, Senior United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

8/19/08
Effective Date

James F. Holderman
United States District Judge

08CR 666
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 8-22-08

FILED
SEP 0 2 2008
9-2-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCANNED
AUG 2 7 2008
U.S. DISTRICT COURT ST. PAUL



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

August 27, 2008

Mr. Michael W. Dobbins, Clerk
U.S. District Court
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Refujio Kooky Muniz Jr.
    Our Case Number: CR 02-262(1) RHK
    Your Case Number: 08cr666, Northern District of IL, Judge Gottschall

*[Filed stamp: FILED SEP X 2 2008, MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT; handwritten: 08cr666 Judge Gottschall, Mag. Judge Cox, September 2, 2008]*

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

*/s/ Brenda J. Schaffer*
Brenda J. Schaffer, Deputy Clerk

cc:  Michelle E. Jones, Assistant U. S. Attorney
     Andrea George, Federal Defender's Office
     Michael F. Alberts, Probation Officer (Mpls)(All except Rule 5)
     Financial Litigation Unit (Final & Transfer In)
     Financial Services Department (Final & Transfer In)
     File CR 02-262(1) RHK



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

MICHAEL W. DOBBINS
CLERK

August 25, 2008

Mr. Richard D. Sletten
Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
BY MAIL

AUG 27 2008

CLERK US DIST COURT
MINNEAPOLIS MN

Dear Clerk:

**Re:   Case number 02cr262  US v Refujio Kooky Muniz Jr.**
Our case number: 08cr666 - Northern District of Illinois, Judge Gottschall

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding **Refujio Kooky Muniz Jr**, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

FILED
JN
SEP X 2 2008
September 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT    by:

Sincerely,

Michael W. Dobbins
Clerk

Ellenore Duff
Deputy Clerk

Enclosure

5DIV, CLOSED, FRC

# U.S. District Court
## District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:02-cr-00262-RHK-RLE-1

Case title: USA v. Muniz Jr

Date Filed: 08/20/2002
Date Terminated: 04/07/2003

Assigned to: Judge Richard H. Kyle
Referred to: Chief Mag. Judge
Raymond L. Erickson

### Defendant (1)

**Refujio Kooky Muniz Jr**
*TERMINATED: 04/07/2003*
also known as
Refugio Kooky Muniz
also known as
Refujio Kooky Muniz

represented by **Andrea K George**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
(612) 664-5858
Fax: (612) 664-5850
Email: andrea_george@fd.org
*TERMINATED: 04/07/2003*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:922(g)(1) and 924(a)(2) FELON IN
POSSESSION OF FIREARM
(1)

### Disposition

BOP 84 months; supervised release 3 years; special assessment $100

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

A true printed copy in 5 sheet(s) of the electronic record filed on _____,
in the United States District Court for the District of Minnesota.
CERTIFIED  8/26 , 2008
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

**United States of America**  represented by **Michelle E Jones**
United States Attorney's Office
300 S 4th St Ste 600
Mpls, MN 55415
(612) 664-5600
Email: michelle.e.jones@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2001 | 17 | LETTER dated 9/19/02 to RLE from deft that he withdraws the motion to suppress statements [15-1] as to Refujio Kooky Muniz Jr. With regards to motion to challenge search warrants, only partially withdrawn. (1 page) (PJS) (Entered: 09/23/2002) |
| 08/20/2002 | 1 | INDICTMENT assigned to Judge Richard H. Kyle, referred to Magistrate Judge Raymond L. Erickson by USA Michelle E Jones. Counts filed against Refugio Kooky Muniz Jr (1) count 1. Warrant issued for Refugio Kooky Muniz Jr. 2pgs (LEG) (Entered: 08/21/2002) |
| 08/20/2002 | | BENCH WARRANT issued for Refugio Kooky Muniz Jr by Magistrate Judge Franklin L. Noel (LEG) (Entered: 08/21/2002) |
| 08/20/2002 | | ORAL ORDER by Magistrate Judge Franklin L. Noel sealing case. (LEG) (Entered: 08/21/2002) |
| 09/03/2002 | 2 | MINUTES: before Magistrate Judge J. Earl Cudd first appearance of Refugio Kooky Muniz Jr; deft detained; detention hearing set for 10:00 on 9/5/02 before JEC; deft also arraigned, see separate minutes. Atty Manny Atwal appears, counsel to be appt'd. Tape 2002 15 509-528. 1pg ( (Entered: 09/04/2002) |
| 09/04/2002 | | Pursuant to AUSA, case is unsealed ( (Entered: 09/04/2002) |

| 09/04/2002 | 3 | BENCH Warrant returned executed as to Refugio Kooky Muniz Jr 8/30/02. 1 pg ( (Entered: 09/04/2002) |
|---|---|---|
| 09/05/2002 | 4 | MINUTES: before Magistrate Judge J. Earl Cudd for detention hearing as to Refugio Kooky Muniz Jr. Detention ordered. FIRST NAME CHANGED: from Refugio to Refujio. Tape: 02 15 1069-1258. 1 pg ( (Entered: 09/06/2002) |
| 09/05/2002 | 5 | SCHEDULING ORDER as to Rufujio Kooky Muniz Jr (Magistrate Judge J. Earl Cudd / date signed 9/5/02) disclosure due 9/17/02; pretrial motions due 9/13/02; motion hearing set for 1:30 on 9/20/02 before RLE in Duluth; pretrial status conference set for 8:30 on 11/1/02 before RHK; Voir Dire / Jury Instructions due 10/28/02; jury trial set for 9:30 on 11/4/02 before RHK. (cc: all counsel & CR). 2 pgs ( (Entered: 09/06/2002) |
| 09/10/2002 | 6 | ORDER OF DETENTION of Refujio Kooky Muniz Jr by Magistrate Judge J. Earl Cudd (dated 9/10/02). (copies dist'd) 3 pgs ( (Entered: 09/10/2002) |
| 09/12/2002 | 7 | MOTION for discovery pursuant to 16, 12.1 & 26.2 by USA as to Refujio Kooky Muniz Jr. 3 pgs ( (Entered: 09/13/2002) |
| 09/17/2002 | 8 | MOTION for discovery by USA as to Refujio Kooky Muniz Jr. (3 pages) (PJS) (Entered: 09/18/2002) |
| 09/19/2002 | 9 | MOTION for disclosure of 404 evidence by Refujio Kooky Muniz Jr. 1pg(s) (LEG) (Entered: 09/23/2002) |
| 09/19/2002 | 10 | MOTION to compel atty for the gov't to disclose evidence favorable to the deft by Refujio Kooky Muniz Jr. 3pg(s) (LEG) (Entered: 09/23/2002) |
| 09/19/2002 | 11 | MOTION for discovery & inspection by Refujio Kooky Muniz Jr. 3pg(s) (LEG) (Entered: 09/23/2002) |
| 09/19/2002 | 12 | MOTION for gov't agents to rtn rough notes by Refujio Kooky Muniz Jr. 2pg(s) (LEG) (Entered: 09/23/2002) |
| 09/19/2002 | 13 | MOTION for discovery of expert under Rule 16(a)(1)(E) by Refujio Kooky Muniz Jr. 1pg(s) (LEG) (Entered: 09/23/2002) |
| 09/19/2002 | 14 | MOTION to suppress evidence obtained as a result of search and seizure by Refujio Kooky Muniz Jr. 2pg(s) (LEG) (Entered: 09/23/2002) |
| 09/19/2002 | 15 | MOTION to suppress statements, admissions and answers by Refujio Kooky Muniz Jr. 2pg(s) (LEG) (Entered: 09/23/2002) |
| 09/20/2002 | 16 | RESPONSE by USA to deft's motions as to Refujio Kooky Muniz Jr. (19 pages) (PJS) (Entered: 09/23/2002) |
| 09/30/2002 | 18 | ORDER (Magistrate Judge Raymond L. Erickson / date signed 9/30/02) deft's motion for disclosure of 404 evidence [9-1] is GRANTED, deft's motion to compel atty for the gov't to disclose evidence favorable to the deft [10-1] is |

| | | |
|---|---|---|
| | | GRANTED, deft's motion for discovery & inspection [11-1] is GRANATED, deft's motion for gov't agents to rtn rough notes [12-1] is GRANTED, deft's motion for discovery of expert under Rule 16(a)(1)(E) [13-1] is GRANTED (cc: all counsel). 13pgs (LEG) (Entered: 10/01/2002) |
| 09/30/2002 | 19 | FINDINGS and RECOMMENDATION by Magistrate Judge Raymond L. Erickson date signed: 9/30/02 recommends denying deft's motion to suppress evidence obtained as a result of search and seizure [14-1]. RR Ruling deadline set for 10/30/02 for Refujio Kooky Muniz Jr (cc: all counsel). 13pgs (LEG) Modified on 10/01/2002 (Entered: 10/01/2002) |
| 10/24/2002 | 20 | ORDER ( Judge Richard H. Kyle / date signed 10/24/02) denying deft's motion to suppress evidence obtained as a result of search and seizure [14-1] as to Refujio Kooky Muniz Jr. [19-1] (cc: all counsel) 1 page (PJS) (Entered: 10/25/2002) |
| 10/31/2002 | 21 | MINUTES: before Judge Richard H. Kyle for status conference as to Refujio Kooky Muniz Jr; jury selection on 11/21/02 at 1:30 p.m. in Duluth, MN; and Trial set for 11/25/02 at 9:00 a.m. in Duluth, MN. Court Reporter: Robert Riley. 1pg (LEG) (Entered: 10/31/2002) |
| 10/31/2002 | 22 | MOTION for suppression of evidence by Refujio Kooky Muniz Jr. 4pg(s) (LEG) (Entered: 11/01/2002) |
| 10/31/2002 | 23 | MOTION exclusion of evidence by Refujio Kooky Muniz Jr 4pg(s) (LEG) (Entered: 11/01/2002) |
| 10/31/2002 | 24 | MOTION for continuance of trial date by Refujio Kooky Muniz Jr. 4pg(s) (LEG) (Entered: 11/01/2002) |
| 11/05/2002 | 25 | ADDENDUM (Magistrate Judge Raymond L. Erickson / date signed 11/5/02) granting govt's motions for discovery pursuant to 16, 12.1 & 26.2 [7-1] & for discovery [8-1] as to Refujio Kooky Muniz Jr (cc: all counsel). 2pgs (LEG) (Entered: 11/06/2002) |
| 11/06/2002 | 26 | MOTION for continuance of trial date by USA as to Refujio Kooky Muniz Jr. (2 pages) (PJS) (Entered: 11/07/2002) |
| 11/06/2002 | 27 | RESPONSE by USA to deft's motions for exclusion of evidence [23-1], for suppression of evidence [22-1], and for continuance of trial date [24-1] as to Refujio Kooky Muniz Jr. (4 pages) (PJS) (Entered: 11/07/2002) |
| 11/25/2002 | 28 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Refujio Kooky Muniz Jr. (6 pages) (PJS) (Entered: 11/26/2002) |
| 11/25/2002 | 29 | MINUTES before Judge Richard H. Kyle re Refujio Kooky Muniz Jr enters GUILTY PLEA to the one-count indictment; PSI Report ordered. Court Reporter: Robert Riley. (1 page) (PJS) (Entered: 11/26/2002) |

| | | |
|---|---|---|
| 03/03/2003 | 30 | POSITION of deft with respect to sentencing Refujio Kooky Muniz Jr. (6 pages) (PJS) (Entered: 03/04/2003) |
| 03/27/2003 | 31 | NOTICE OF SENTENCING set for 9:30 a.m. on 4/10/03 for Refujio Kooky Muniz Jr before RHK. (1 page) (PJS) (Entered: 03/27/2003) |
| 04/07/2003 | 32 | MINUTES before Judge Richard H. Kyle re SENTENCING Refujio Kooky Muniz Jr (1) count(s) 1: BOP 84 months; supervised release 3 years; special assessment $100. Court Reporter: Robert Riley. (1 page) (PJS) (Entered: 04/09/2003) |
| 04/07/2003 | 33 | SENTENCING JUDGMENT as to deft Refujio Kooky Muniz Jr by Judge Richard H. Kyle (dated 4/7/03). (Copies dist'd) 4 pgs (PJS) (Entered: 04/09/2003) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT  Cr 02-262 (RHK/RLE) |
|---|---|---|
| Plaintiff, | ) | (18 U.S.C. § 922(g)) |
|  | ) | (18 U.S.C. § 924(a)(2)) |
| v. | ) |  |
| REFUGIO KOOKY MUNIZ, JR., | ) |  |
| a/k/a REFUGIO KOOKY MUNIZ, | ) |  |
| a/k/a REFUJIO KOOKY MUNIZ, | ) |  |
| Defendant. | ) |  |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon In Possession Of Firearm)

On or about October 16, 2001, in the State and District of Minnesota, the defendant,

**REFUGIO KOOKY MUNIZ, JR.,
a/k/a Refugio Kooky Muniz,
a/k/a Refujio Kooky Muniz,**

having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, including but not limited to:

| Crime | County | Date of Conviction |
|---|---|---|
| Fourth Degree Sale of Controlled Substance | Kandiyohi | August 21, 1998 |
| Third Degree Assault | Kandiyohi | August 21, 1998 |

thereafter did knowingly possess, in and affecting interstate commerce, a New England 20-gauge shotgun, serial number ND225283,





all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON

comAO 245B (Rev. 3/01) Sheet 1 - Judgment in   minal Case

# United States District Court
### District of Minnesota

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **REFUJIO KOOKY MUNIZ, JR.** | Case Number: **Cr. 02-262-01 RHK/RLE** |
| | <u>Lyonel Norris</u> |
| | Defendant's Attorney |

**FILED**
J.N
SEP X 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**THE DEFENDANT:**

- [x] pleaded guilty to count(s): <u>1</u>.
- [ ] pleaded nolo contendere to counts(s)  which was accepted by the Court.
- [ ] was found guilty on count(s)  after a plea of not guilty.

**Accordingly,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 922(g)(1) and 942(a)(2) | Felon in Possession of a firearm | 10/16/01 | 1 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on counts(s) .
- [ ] Count(s)  (is)(are) dismissed on the motion of the United States.

Special Assessment Amount **$100.00** in full and immediately.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

April 7, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judicial Officer

April 7, 2003
Date

A true copy in  1  sheet(s)
of the record in my custody.
Certified  7-7 , 2003
by
Deputy Clerk

A true copy in  4  sheet(s)
of the record in my custody.
CERTIFIED  8/27 , 2008
Richard D. Sletten, Clerk
BY:

Filed  4-7-03
Richard D. Sletten, Clerk
Judgment Entd
Deputy Clerk

Page 1

AO 245B (Rev. 3/01) Sheet 2 - Imprisonment

DEFENDANT: REFUJIO KOOKY MUNIZ, JR.
CASE NUMBER: CR 02-262-01 RHK/RLE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **84 months**.

[x]  The Court makes the following recommendations to the Bureau of Prisons:
500 Hour After Care Program and confinement in Minnesota Facility.

[x]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] before on .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before on .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____
at _____, with a certified copy of this Judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

Page 2

DEFENDANT: REFUJIO KOOKY MUNIZ, JR.
CASE NUMBER: CR 02-262-01 RHK/RLE

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]  The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

[x]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this Judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this Judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without permission of the Court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) The defendant shall support his or her dependants and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/01) Sheet 3 - Supervised Rel

DEFENDANT: REFUJIO KOOKY MUNIZ, JR.
CASE NUMBER: CR 02-262-01 RHK/RLE

# SPECIAL CONDITIONS OF SUPERVISION

a  The defendant shall not commit any crimes, federal, state, or local.

b  The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c  The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d  Defendant shall undergo mandatory drug testing as set forth by 18 USC 3563(a) and 3583(d).

e  Defendant shall participate in a program for drug abuses at the direction of the probation officer. That program may including testing and inpatient or outpatient treatment, counseling, or a support group.

f  Defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.

g  Defendant shall participate in an anger management program, as approved by the probation officer.